UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

JIEYUAN TAN,

Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY,

Defendant.

Case No. 26-cv-08522-TSH

**ORDER TO SHOW CAUSE**

Plaintiff Jieyuan Tan, who is self-represented, brings this insurance action against Geico General Insurance Company ("Geico") for claims arising from Geico's conduct regarding a motor vehicle collision involving Tan. ECF No. 2-1. On September 25, 2026, the Court granted Geico's motion to dismiss all Tan's claims and gave Tan leave to file an amended complaint by October 22, 2026. ECF No. 22. Tan has not filed an amended complaint.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Accordingly, the Court **ORDERS** Tan to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Tan shall file a declaration by November 10, 2026. Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: October 27, 2026

THOMAS S. HIXSON
United States Magistrate Judge